# Order

Michigan Supreme Court
Lansing, Michigan

March 28, 2014

148064

RAUL SILVA, PENNY SILVA, STEVEN
BIEHL, C GRANT COLTHORP, DOLORES
COLTHORP, DENISE M EDGAR, HEATHER
DAVIS, and TERI SUE KNIFFIN,
        Plaintiffs-Appellants,

v

CH2M HILL INC,
        Defendant/Cross-
        Plaintiff-Appellee,

NATIONAL ENVIRONMENTAL SERVICES
CORPORATION,
        Defendant/Cross-
        Defendant-Appellee,

CORDES INC, CONTRACTORS TRUCKING
INC, RON WONSEY d/b/a WONSEY'S TREE
SERVICE, FRED A BEST d/b/a FRED A BEST
EXCAVATING, CROSSROADS EXCAVATING
LLC, DAG EXCAVATING LLC, CHIPPEWA
CONTRACTING INC, DWC DIVERSIFIED INC,
L&D CAREY & SONS TRUCKING COMPANY,
WESLEY KAHKONEN d/b/a WES KAHKONEN
TRUCKING, and NATIONAL SALVAGE &
SERVICE CORP,
        Defendants-Appellees,

SACAL ENVIRONMENTAL & MANAGEMENT
CORP,
        Defendant/Cross-Defendant,

ENVIRONMENTAL QUALITY &
MANAGEMENT INC, LOOMIS TRANSPORT
INC, HOWES & HOWES TRUCKING INC,
GUS MATONEK INC, J&K TRANSPORT LLC,
KIM BEBOW, TIMOTHY STRUBLE, KAT
EXCAVATING, and JOHN MOGG d/b/a JOHN
MOGG TRUCKING LLC,
        Not Participating.
_____/

SC: 148064
COA: 307699
Gratiot CC: 10-011494-CE

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

On order of the Court, the application for leave to appeal the October 15, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

d0324